Jose Alfredo Diaz JORGE,
Petitioner–Appellant,

v.

Michael HART, District Director,
Immigration and Naturalization
Service, Respondent–Appellee.

No. 97–2738.

United States Court of Appeals,
Second Circuit.

March 19, 2001.

Jose Alfredo Diaz Jorge, Woodbourne Correctional Facility, Woodbourne, NY, pro se.

James A. O'Brien III, Special Assistant U.S. Attorney, Southern District of New York, New York, NY; Mary Jo White, United States Attorney, Diogenes P. Kekatos, Assistant U.S. Attorney, and Gideon A. Schor, Assistant U.S. Attorney, on the brief, for appellee.

Present JACOBS, and SOTOMAYOR, Circuit Judges., and BERTELSMAN, District Judge.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Jose Alfredo Diaz Jorge appeals from a judgment entered by the United States District Court for the Southern District of New York (Mukasey, *J.*), denying his petition for a writ of habeas corpus under 28 U.S.C. § 2241. We affirm for substantially the reasons stated by the district court. *See Jorge v. Hart,* No. 97 Civ. 1119, 1997 WL 531309 (S.D.N.Y. Aug. 28, 1997).